JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., | Case No. SACV11-00071 JVS (RNBx) |
| Plaintiffs, | Assigned to the Honorable James V. Selna |
| vs. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |
| ACTION ELECTRIC, Inc., | |
| Defendant. | |

Pursuant to the parties' "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement," and good cause appearing therefore:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

This action is dismissed without prejudice; however, the Court retains jurisdiction of the action to enforce the terms of the parties' Settlement Agreement.

DATED: _August 18, 2011__   _____

UNITED STATES DISTRICT COURT JUDGE

1