JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, <br><br>  Plaintiffs, <br><br>  vs. <br><br> ACTION ELECTRIC, INC., a California corporation, <br><br>  Defendant. | Case No. SACV11-00071 JVS (RNBx) <br><br> Assigned to the Honorable James V. Selna <br><br> **JUDGMENT** |

///

///

///

This action having been commenced on January 13, 2011, and the Court having granted the *ex parte* application filed by plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., to reopen the case and enter judgment pursuant to stipulation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund and Los Angeles Electrical Workers Credit Union shall recover from defendant Action Electric, Inc., the principal amount of $162,905.61, together with post-judgment interest calculated at 8% per annum from the July 19, 2013, until paid in full.

DATED: August 08, 2013

_____
UNITED STATES DISTRICT JUDGE